IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

MARION STANLEY HAYES,

    Plaintiff,

v.

ROBERT TOOLE; WARDEN STANLEY WILLIAMS; DR. DEAN BROOME; and MR. FNU SABINE,

    Defendants.

CIVIL ACTION NO.: 6:16-cv-20

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 53), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as the opinion of the Court and **GRANTS in part** Defendants' Motion to Dismiss or, in the Alternative, Motion to Compel, (doc. 47). The Court **DISMISSES without prejudice** Plaintiff's Complaint for his failure to comply with discovery, failure to prosecute, and failure to follow this Court's Orders. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 9th day of May, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA